UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

Plaintiff

v.

No: 8:23-cv-01774-KKM-AAS

RONALD LAMONT WRIGHT,
aka Winky Wright

Defendant.

_____/

## CONSENT DECREE AND FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Joint Stipulation for Entry of Consent Decree and Final Judgment ("Stipulation") of the Plaintiff, United States of America, ("Plaintiff") and Defendant Ronald Lamont Wright, aka Winky Wright ("Defendant"). (Plaintiff and Defendant are collectively referred to as the "Parties").

The Court, having reviewed the Stipulation and finding that Plaintiff brought this action against Defendant pursuant to the Fraud Injunction Statute, 18 U.S.C. § 1345, alleging that Defendant was violating or was about to violate 18 U.S.C. §§ 1341 and 1343 by executing a scheme or artifice to defraud, or for

1

obtaining money or property by means of false or fraudulent representations with the intent to defraud, using the United States mails and interstate or foreign wire communications, 31 U.S.C. § 3729 by submitting a false claim, and/or false documents in support of same, to a federal officer, and/or § 817.535, Fla. Stats. by filing, or directing a filer to file, an instrument containing a materially false, fictitious, or fraudulent statement or representation that purports to affect an owner's interest in the property, with the intent to defraud or harass another. Finding that Defendant has waived service of the Summons and the Complaint, and has stipulated as otherwise provided in the Joint Stipulation, and being otherwise fully advised, it is **HEREBY ADJUDGED, ORDERED, AND DECREED** as follows:

1. This Court has jurisdiction over this matter and the Parties pursuant to 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331, 1345, and 1367. Venue is proper in this District under 28 U.S.C. § 1391(b) and (c).

2. The Court **DECLARES** that the documents filed in the Florida Secured Transaction Registry against Judge Steven Merryday, as described in Plaintiff's complaint (Doc. 1), are false, fraudulent, null and void, and are of no legal force or effect.

3. Upon receipt of a copy of this Order, the documents and any associated documents described in Plaintiff's complaint (Doc. 1) shall either be removed from

2

the Registry, or if removal is not possible, shall be marked as void or otherwise declared invalid. Alternatively, a final judgment declaring these documents false, fraudulent, null and void, and of no legal force or effect may be filed with the official records or registries and each document declared false, fraudulent, null and void, and of no legal force or effect shall be cross-referenced to said final judgment.

4.   The following permanent injunction is issued against Ronald Lamont Wright, aka Winky Wright:

a.   Ronald Lamont Wright, aka Winky Wright, and his officers, agents, servants, employees, attorneys, and any person in active concert with him who receives actual notice of such injunction by personal service or otherwise are **PERMANENTLY ENJOINED** from filing, or causing to be filed, any financing statement or claim of lien of any kind against any federal employee with the Florida Secured Transaction Registry or any local, state, or federal official or body unless the financing statement or claim of lien is first reviewed and approved by a United States Magistrate Judge of the Middle District of Florida, or a Florida County or Circuit Judge, and found to have a legal basis.

b.   Violation of this injunction will be considered contempt of this Court, and any such lien, financing statement, or other instrument shall be considered invalid, void ab initio, and of no effect, and as such may be immediately expunged from the record or registry in question.

5. The Clerk is directed to terminate all pending motions as moot and close this case.

Dated this 8th day of August, 2023.

**ROGER HANDBERG**
United States Attorney

By: *Charles T. Harden*
**CHARLES T. HARDEN III**
Assistant United States Attorney
*Counsel for Plaintiff*

Florida Bar No. 97934
400 N. Tampa St., Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
Charles.Harden@usdoj.gov

**RONALD LAMONT WRIGHT,**
aka **Winky Wright**

/s/ James L. Wilkes, II

**JIM WILKES,** *Counsel for Defendant*
***RONALD LAMONT WRIGHT,***
*aka Winky Wright*
Florida Bar No. 405337
Wilkes & Associates, P.A.
1 N Dale Mabry Hwy Ste 800
Tampa, FL 33609
Office: 813-873-0026
Fax: 813-286-8820

**DONE and ORDERED** in Tampa, Florida, this _____ day of _____, 2023.

_____
**United States District Judge**

4